IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**RONALD S. MARTIN**  **PETITIONER**
**REG. #16820-057**

**VS.**         **CASE NO. 2:05CV00090 GH/HDY**

**LINDA SANDERS, WARDEN,**
**FCI FORREST CITY, ARKANSAS,** *et al.*         **RESPONDENTS**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied.

DATED this 27th day of October, 2005.

*George Howard Jr.*
UNITED STATES DISTRICT JUDGE